IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DYLAN RILEY,  PLAINTIFF
# 139289

v.  4:23CV00534-LPR-JTK

LEROY MARTIN  DEFENDANT

## ORDER

Dylan Riley ("Plaintiff") filed a pro se Complaint[1] pursuant to 42 U.S.C. § 1983 against Leroy Martin, Sheriff, Columbia County Detention Center. (Doc. No. 1). The Columbia County Detention Center is located in Magnolia, Arkansas, which lies in the Western District of Arkansas.

Because of the Defendant named and allegations made, the Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. See 28 U.S.C. § 1406(a).[2]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas.

IT IS SO ORDERED this 14th day of June, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Ten other individuals are listed as Plaintiffs on the Complaint. The Clerk of the Court opened a separate action for each Plaintiff. The related cases are: Thomas v. Martin, 4:23-cv-00529-LPR-JTK (E.D. Ark.); Miley v. Martin, 4:23-cv-00530-LPR-JTK (E.D. Ark.); Cooper v. Martin, 4:23-cv-00531-LPR-JTK (E.D. Ark.); Broomfield v. Martin, 4:23-cv-00532-LPR-JTK (E.D. Ark.); Williamson v. Martin, 4:23-cv-00533-LPR-JTK (E.D. Ark.); Hartsfield v. Martin, 4:23-cv-00535-LPR-JTK (E.D. Ark.); Tolbert v. Martin, 4:23-cv-00536-LPR-JTK (E.D. Ark.); Jamerson v. Martin, 4:23-cv-00537-LPR-JTK (E.D. Ark.); Fields v. Martin, 4:23-cv-00538-LPR-JTK (E.D. Ark.); and Mitchell v. Martin, 4:23-cv-00539-LPR-JTK (E.D. Ark.).

[2] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Id.